IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COLBY LEE APLIN,

        Plaintiff,

  v.

OREGON DEPARTMENT OF
CORRECTIONS, et al.,

        Defendant.

Case No. 6:17-cv-01222-MO

ORDER

MOSMAN, District Judge.

This prisoner civil rights case comes before the Court on Plaintiff's Motion for Temporary Restraining Order. Plaintiff asks the court enjoin the Oregon Department of Corrections from transferring her to the Snake River Correctional Institution ("SRCI"). It is evident from the Declaration of Jessica Spooner (#30) and Plaintiff's own Response (#37) in Case No. 6:17-cv-01142-MO that Plaintiff faces no likelihood of an imminent

1 - ORDER

transfer to SRCI. Her Motion for Temporary Restraining Order (#24) is therefore denied.

IT IS SO ORDERED.

DATED this __16th__ day of January, 2018.

                                                      ___/s/ Michael W. Mosman___
                                                         Michael W. Mosman
                                                         United States District Judge